OZANNE v. ILLINOIS CENT. R. CO. (Circuit Court of Appeals, Sixth Circuit, December 24, 1907.) No. 1,721. In Error to the Circuit Court of the United States for the Western District of Kentucky. For opinion below, see 151 Fed. 900. Wm. G. Deering, for plaintiff in error. Before LURTON and RICHARDS, Circuit Judges, and KNAPPEN, District Judge.

PER CURIAM. The plaintiff, Briget Ozanne, was standing in the ladies' dressing compartment of a Pullman car, engaged in making her toilet, when a sudden swerve or jerk of the car caused her to lose her footing, and, falling, she broke her hip. She was a woman of about 65 years old and club-footed. The court below directed a verdict for the railroad company. We affirm the judgment, on the ground that no negligence was shown either in the way the car was built or the manner in which it was operated. Negligence cannot be presumed from the injury. It must be shown by the proof, and there was none produced.

---

P. SANFORD ROSS, INC., v. CENT. R. CO. OF NEW JERSEY. (Circuit Court of Appeals, Second Circuit. November 7, 1907.) No. 38. Appeal from the District Court of the United States for the Southern District of New York. B. R. C. Low, for appellant. E. G. Benedict, for appellee. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decree of District Court (146 Fed. 608) affirmed, with costs.

---

RUETER & CO. v. WORCESTER BREWING CORP. (Circuit Court of Appeals, First Circuit. April 5, 1907.) No. 723. George W. Anderson (Conrad J. Rueter, on the brief), for appellant. Louis W. Southgate, for appellee. Before COLT and PUTNAM, Circuit Judges, and ALDRICH, District Judge.

PER CURIAM. Appeal dismissed, without prejudice and without costs. See 157 Fed. 217.

---

SAHADI BROS. v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. November 7, 1908.) No. 36 (4,218). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 152 Fed. 486, affirming a decision of the Board of United States General Appraisers (G. A. 6,307; T. D. 27,180). Comstock & Washburn (Albert H. Washburn, of counsel), for appellants. D. Frank Lloyd, Asst. U. S. Atty. (Henry L. Stimson, U. S. Atty., on the brief), for the United States. Before LACOMBE, COXE, and NOYES, Circuit Judges.

PER CURIAM. Decision of Circuit Court affirmed.